CLIFFORD v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Frederick W. Clifford against the Press Publishing Company. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

CLIFFORD v. WORRELL et al. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Frederick W. Clifford against Judson J. Worrell and another. No opinion. Motion denied, on payment of $10

costs, and, on payment of an additional $10, leave given to apply to the court below to open default.